[No. 10052-9-III.   Division Three.   July 24, 1990.]

*In the Matter of the Marriage of* JAQUELINE
GEISLER, *Respondent, and* HERME JAMES
GEISLER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-3-02276-1, Fred L. Stewart, J., entered May 10, 1989. *Affirmed as modified* by unpublished opinion per Green, A.C.J., concurred in by Thompson, J., and McInturff, J. Pro Tem.

[No. 10044-8-III.   Division Three.   July 24, 1990.]

EDMUND F. JACOBS, ET AL, *Appellants,* v. GRANT
COUNTY NOXIOUS WEED CONTROL BOARD,
*Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 85-2-00782-1, Jerry M. Moberg, J., entered May 12, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson, J., and McInturff, J. Pro Tem.

[No. 10060-0-III.   Division Three.   July 24, 1990.]

ALVERTA I. MCLAIN, *Appellant,* v. MICHAEL G.
MASON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Ferry County, No. 7833, Larry M. Kristianson, J., entered May 23, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson, J., and McInturff, J. Pro Tem.